IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00183-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PHILIP KETTER (5) | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's second pro se motion to withdraw his guilty plea. (Doc. No. 272).

The defendant continues to complain about the attorney who represented him when he entered his plea; however, the defendant is currently represented by new counsel. (Appointment of Counsel, July 22, 2021). Local Criminal Rule 47.1(g) requires motions to be filed by counsel unless a defendant has formally waived his right to counsel before a judicial officer.

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motion is **DISMISSED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: October 26, 2021

Robert J. Conrad, Jr.
United States District Judge