IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00183-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PHILIP KETTER (5) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for compassionate release from federal custody. (Doc. No. 329). However, the defendant has been transferred to state custody to serve another sentence. (Doc. No. 371).

**IT IS, THEREFORE, ORDERED** that the defendant's motion for compassionate release, (Doc. No. 329), is **DISMISSED as moot**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: August 8, 2023

Robert J. Conrad, Jr.
United States District Judge