IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00183-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PHILIP KETTER (5) | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motion requesting the waiver or dismissal of his supervised release upon being transferred from federal custody to serve a state sentence. (Doc. No. 371).

The defendant has not shown that he meets the criteria for early termination of supervised release in Title 18, United States Code, Section 3583(e)(1).

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 371), is **DENIED.**

Signed: August 8, 2023

Robert J. Conrad, Jr.
United States District Judge