IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00183-RJC-DCK

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| PHILIP KETTER (5) | ) |
| | ) |

**THIS MATTER** is before the Court upon motion of the defendant pro se for a reduction of his term of supervised release based on Amendment 821 to the United States Sentencing Guidelines. (Doc. No. 383).

Title 18, United States Code, Section 3582(c)(2) allows a court to reduce a "term of imprisonment" pursuant to retroactive guideline amendments. The defendant has served his federal term of imprisonment.[1] (Doc. No. 383: Motion at 2). Accordingly, he is not entitled to relief. USSG §1B1.10(a)(1).

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

Signed: March 8, 2024

Robert J. Conrad, Jr.
United States District Judge

---

[1] https://www.bop.gov/inmateloc/